# McCABE & MACK LLP

**MEMO ENDORSED**

ATTORNEYS AT LAW
63 WASHINGTON STREET
POST OFFICE BOX 509
POUGHKEEPSIE, NY 12602-0509

TELEPHONE (845) 486-6800
FAX (845) 486-7621
E-MAIL info@mccm.com
Visit us on the World Wide Web at
http://www.mccm.com

J JOSEPH MCGOWAN
DAVID L. POSNER
ELLEN L. BAKER
SCOTT D. BERGIN
RICHARD R. DuVALL
LANCE PORTMAN
RICHARD J. OLSON
MATTHEW V MIRABILE
CHRISTINA M BOOKLESS
KIMBERLY HUNT LEE
KAREN FOLSTER LESPERANCE
REBECCA M BLAHUT
JODIE M. HANRAHAN
MICHELLE ALMEIDA
IAN C. LINDARS
SEAN M. KEMP
NOELLE M. PECORA

COUNSEL
PHILLIP SHATZ
MICHAEL A. HAYES, JR.
HAROLD L. MANGOLD
ALBERT M. ROSENBLATT
JESSICA L. VINALL

JOHN E. MACK
(1874-1958)
JOSEPH A. McCABE
(1890-1973)
EDWARD J. MACK
(1910-1998)
JOSEPH C McCABE
(1925-1981)

DIRECT TELEPHONE: (845) 486-6874
E-MAIL: dposner@mccm.com

June 27, 2008

Hon. Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1310
New York, NY 10007



RECEIVED JUL - 1 2008 JUDGE KAPLAN'S CHAMBERS

RE:  Rashid v. John Doe, et al
     08 CIV 104 (LAK)
     Our File No. 2581-0147

Dear Judge Kaplan:

This office represents defendants and I am writing pursuant to Rules 21 and 22 of the Division of Business Among District Judges.

This matter involves allegations of excessive force during the plaintiff's incarceration at the Dutchess County Jail on November 20, 2007 in the City of Poughkeepsie. Defendants reside in Dutchess County and the incident took place in it. Dutchess is a "northern county" pursuant to Rule 21 and therefore transfer to White Plains under Rule 22 is appropriate.

If Your Honor would prefer a formal motion for reassignment, please advise and it will be promptly filed.

Respectfully yours,

McCABE & MACK LLP

DAVID L. POSNER

DLP/dmf
cc:  Jamal Y. Rashid



ELECTRONICALLY FILED
DOC #
FILED: 7/28/08

The case is transferred to White Plains

SO ORDERED

LEWIS A. KAPLAN, USDJ
7/28/08