UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
JAMAL Y. RASHID,

           Plaintiff(s),           08-cv-104 (LAK)

    V.

JOHN DOE, et al.,

           Defendant(s).
------------------------------x
HON. LEWIS A KAPLAN:

ORDER

    In light of Local Rule 25, this case is not eligible for transfer to White Plains pursuant to Local Rules 21 and 22. Accordingly, the memo endorsed order dated June 27, 2008, is vacated.

So Ordered:

                                         _____
                                         UNITED STATES DISTRICT JUDGE

Dated: July 30, 2008
       New York, NY

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08
```