USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMAL Y. RASHID,

            Plaintiff,

    - against -

JOHN DOES, et al.,

            Defendants.

ORDER

08 Civ. 104 (LAK) (RLE)

**RONALD L. ELLIS**, United States Magistrate Judge:

    **IT IS HEREBY ORDERED** that discovery in this case shall close on December 19, 2008.

SO ORDERED this 28th day of August 2008
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge