UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JAMAL Y. RASHID,

                Plaintiff,

     -against-                                        08 Civ. 0104 (LAK)

ALESSI, et al.,

                Defendants.
------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

       The action is dismissed for the reasons stated in the report and recommendation of Magistrate Judge Ronald L. Ellis to which no objection has been filed.

       SO ORDERED.

Dated:     November 3, 2009

                                                        Lewis A. Kaplan
                                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED #: 11/03/09